1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12 XINQUAN WANG and FEI LI,            )
                                       ) No. C 07-5247 JW
13          Plaintiffs,                )
                                       )
14      v.                             ) **STIPULATION TO EXTEND DATES;**
                                       ) **and [PROPOSED] ORDER**
15 MICHAEL CHERTOFF, as Secretary of   )
   U.S. Department of Homeland Security; )
16 EMILIO T. GONZALES, as Director of  )
   U.S. Citizenship and Immigration Services; )
17 ROBERT S. MUELLER, III, as Director of )
   Federal Bureau of Investigation,    )
18                                     )
            Defendants.                )
19 _____)

20    Plaintiffs, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby

21 stipulate, subject to the approval of the Court, to the following:

22    1. The Plaintiffs filed a Form I-485 application to adjust their status to lawful permanent

23 resident with the United States Citizenship and Immigration Services (USCIS) on or about April 5,

24 2005.

25    2. Pursuant to this Court's October 15, 2007 Order Setting Initial Case Management

26 Conference, the parties are required to file a joint case management statement on March 3, 2008,

27 and attend a case management conference on March 10, 2008.

28    3. Plaintiffs' adjustment of status applications are based on an application for permanent

Stipulation to Extend Dates
C07-0379 JW                              1

1 employment certification for a second preference professional worker position.

2  4. The priority date for visa number purposes in Plaintiffs' case is the date of filing the labor certification is September 22, 2005.

 5. The State Department's Visa Bulletin for December 2007 and January 2008 indicates that the visa numbers for second preference workers from China is January 1, 2003.

 6. Since Plaintiffs' priority date is September 22, 2005, the USCIS will not be able to complete Plaintiffs' applications until a visa number becomes available to them.

 7. Accordingly, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day for Defendants to file an Answer | February 1, 2008 |
| Last day to file Joint ADR Certification | May 14, 2008 |
| Last day to file/serve Joint Case Management Statement: | May 28, 2008 |
| Case Management Conference: | June 4, 2008 at 10:00 a.m. |

Dated: December 17, 2007                Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


           /s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: December 17, 2007                /s/
XINQUAN WANG
FEI LI
Pro se

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

JAMES WARE
United States District Judge

Stipulation to Extend Dates
C07-0379 JW                                    2