1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants



IT IS SO ORDERED
AS MODIFIED

Judge James Ware

1/2/2008

8

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12  XINQUAN WANG and FEI LI,            )
                                        )  No. C 07-5247 JW
13              Plaintiffs,             )
                                        )
14        v.                            )  STIPULATION TO EXTEND DATES;
                                        )  and [PROPOSED] ORDER
15  MICHAEL CHERTOFF, as Secretary of   )
    U.S. Department of Homeland Security; )
16  EMILIO T. GONZALES, as Director of  )
    U.S. Citizenship and Immigration Services; )
17  ROBERT S. MUELLER, III, as Director of )
    Federal Bureau of Investigation,    )
18                                      )
                Defendants.             )
19  _____ )

20      Plaintiffs, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby

21  stipulate, subject to the approval of the Court, to the following:

22      1.  The Plaintiffs filed a Form I-485 application to adjust their status to lawful permanent

23  resident with the United States Citizenship and Immigration Services (USCIS) on or about April 5,

24  2005.

25      2.  Pursuant to this Court's October 15, 2007 Order Setting Initial Case Management

26  Conference, the parties are required to file a joint case management statement on March 3, 2008,

27  and attend a case management conference on March 10, 2008.

28      3.  Plaintiffs' adjustment of status applications are based on an application for permanent

Stipulation to Extend Dates
C07-0379 JW                        1

1    employment certification for a second preference professional worker position.

2      4.  The priority date for visa number purposes in Plaintiffs' case is the date of filing the labor

3    certification is September 22, 2005.

4      5.  The State Department's Visa Bulletin for December 2007 and January 2008 indicates that

5    the visa numbers for second preference workers from China is January 1, 2003.

6      6.  Since Plaintiffs' priority date is September 22, 2005, the USCIS will not be able to

7    complete Plaintiffs' applications until a visa number becomes available to them.

8      7.  Accordingly, the parties hereby respectfully ask this Court to extend the dates in the Court's

9    scheduling order as follows:

10      Last day for Defendants to file an Answer           February 1, 2008

11      Last day to file Joint ADR Certification             May 14, 2008

12      Last day to file/serve Joint Case Management Statement:    May 28, 2008

13      Case Management Conference:                  June 9, 2008 at 10:00 a.m.

14    Dated: December 17, 2007            Respectfully submitted,

15                               SCOTT N. SCHOOLS

16                               United States Attorney

17                               _____/s/_____

18                               ILA C. DEISS
                                 Assistant United States Attorney

19                               Attorney for Defendants

20    Dated: December 17, 2007                  _____/s/_____

21                               XINQUAN WANG
                                 FEI LI

22                               Pro se

23                          **ORDER**

24      Pursuant to stipulation, IT IS SO ORDERED.

25

26    Date:  January 2, 2008                  _____

27                               JAMES WARE
                                 United States District Judge

28