JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XINQUAN WANG and FEI LI,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL CHERTOFF, as Secretary of<br>U.S. Department of Homeland Security;<br>EMILIO T. GONZALES, as Director of<br>U.S. Citizenship and Immigration Services;<br>ROBERT S. MUELLER, III, as Director of<br>Federal Bureau of Investigation,<br><br>　　　　　Defendants. | No. C 07-5247 JW<br><br>**STIPULATION TO DISMISS; AND<br>[PROPOSED] ORDER** |

Plaintiffs, appearing pro se, and Defendants by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action based on the following:

1. Plaintiffs filed a Form I-485 application to adjust their status to lawful permanent resident with the United States Citizenship and Immigration Services (USCIS) on or about September 22, 2005.

2. Plaintiffs' name checks are completed.

3. Plaintiff Xinquan Wang and his derivative spouse, Fei Li's adjustment of status applications are based on a Form I-140 visa petition for immigrant worker filed by Mr. Wang. The Form 1-140 visa petition was approved on March 1, 2006, in the second preference employment category for

1  advanced degree professionals.

2      4. The priority date for visa number purposes in Plaintiffs' case is the date Plaintiff Wang's
3  visa petition was filed with USCIS: September 22, 2005.

4      5. The State Department's Visa Bulletin for December 2007, January 2008 and February 2008
5  indicates that the visa numbers for second preference workers from China is January 1, 2003.

6      6. Since Plaintiffs' priority date is September 22, 2005, the USCIS will not be able to
7  complete Plaintiffs' applications until a visa number becomes available to them.

8      7. Therefore, the parties stipulate to dismiss the case on the condition that USCIS will
9  adjudicate Plaintiffs' case within 30 days once the visa number becomes available.

10     8. Each of the parties shall bear their own costs and fees.

11 Dated: February 4, 2008                         Respectfully submitted,

12                                                   JOSEPH P. RUSSONIELLO
                                                  United States Attorney

13

14

15                                                   /s/
                                                  ILA C. DEISS
                                                  Assistant United States Attorney
16                                                   Attorney for Defendants

17

18 Dated: February 4, 2008                         /s/
                                                  XINQUAN WANG
19                                                   FEI LI
                                                  Pro se
20

21                                        **ORDER**

22     Pursuant to stipulation, IT IS SO ORDERED.

23

24
   Date:
25                                                   JAMES WARE
                                                  United States District Judge
26

27

28

Stipulation to Dismiss
C07-5247 JW                                        2